

FILED

03/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0118

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0118

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TERENCE R. PASSMORE,

Defendant and Appellant.

FILED

MAR 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant has filed a motion for a 90-day extension of time to file his reply brief in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until June 7, 2021, within which to file his reply brief.

No further extensions will be granted.

DATED this 5 day of March, 2021.

For the Court,

_____
Chief Justice